IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID A. BALDWIN, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 05-704-DRH |
| v. | ) ) | |
| ALLIED HOME MORTGAGE CORPORATION and ALLIED HOME MORTGAGE CAPITAL CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Motion for Extension of Time to Plead filed herein by Allied Home Mortgage Corporation and Allied Home Mortgage Capital Corporation, the Court being fully advised and for good cause shown, **GRANTS** said Motion for Extension of Time to Plead.

The time for filing Defendants' responsive pleading is hereby extended to November 28, 2005.

    **IT IS SO ORDERED**.

Signed this 3rd day of November, 2005. _____

                                 /s/        David RHerndon
                                   **United States District Judge**